UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNIE HINES D/B/A COLORFUL MUSIC,<br><br>    Plaintiff,<br>v.<br><br>EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC INC., WARNER CHAPPELL MUSIC INC., SHAWN CARTER p/k/a JAY-Z and TIMOTHY MOSLEY p/k/a TIMBALAND,<br><br>    Defendants. | CASE NO. 20-CV-03535<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, Christine Lepera, hereby enters a special appearance on behalf of Defendants Shawn Carter p/k/a Jay-Z, and Timothy Mosley p/k/a Timbaland (together, "Defendants"), without waiver of any of Defendants' rights, defenses, and objections to this action, including but not limited to those arising from the fact that Plaintiff has not effected service of process upon Defendants. The undersigned enters this special appearance for Defendants at this juncture solely for purposes of providing the Court with notice that the above-captioned action is a related case to the pending action, *Hines v. Roc-A-Fella Records Inc. et al*, No. 19-CV-04587-JPO.

I hereby certify that I am admitted to practice before this Court.

| | |
|---|---|
| DATED: New York, New York<br>May 8, 2020 | MITCHELL SILBERBERG & KNUPP LLP<br><br>By: /s/ Christine Lepera<br>Christine Lepera<br>437 Madison Ave., 25th Floor<br>New York, New York 10017-1028<br>Telephone: (212) 509-3900<br>Facsimile: (212) 509-7239<br>ctl@msk.com<br><br>*Attorneys for Defendants Shawn Carter p/k/a Jay-Z, and Timothy Mosley p/k/a Timbaland* |