AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ERNIE HINES D/B/A COLORFUL MUSIC<br><br>*Plaintiff(s)*<br>v.<br>EMI APRIL MUSIC INC., et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Warner Chappell Music Inc.

        Registered Agent
        CT Corporation System
        28 Liberty Street, New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Christopher Brown
                                          Brown & Rosen LLC
                                          100 State Street, 9th Floor
                                          Boston, MA 02109
                                          617-728-9111
                                          cbrown@brownrosen.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    05/08/2020                                                       /s/ J. Gonzalez
                                                                   *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-03535-GBD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Warner Chappell Music Inc.
was received by me on *(date)* 05/11/2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Ana Marie Cruz, Manager of the Messenger Center , who is
designated by law to accept service of process on behalf of *(name of organization)*   Warner Chappell Music Inc.
on *(date)* 05/12/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $  0.00  for travel and $  90.00  for services, for a total of $  90.00  .

I declare under penalty of perjury that this information is true.

Date: 05/13/2020

*Server's signature*

Juan de los Santos, New York Process Server No. 2067123
*Printed name and title*

54 Bristol Street, Suite 7F
Brooklyn, New York 11212

*Server's address*

Additional information regarding attempted service, etc:
On May 12, 2020 at 09:29 a.m., at 28 Liberty Street, 42nd Floor, New York, New York 10005, I served the within summons in a civil action, civil cover sheet, complaint, exhibit A, exhibit B, exhibit C, exhibit D, rule 7.1 statement, and report on the filing or determination of an action or appeal regarding a coypright, in this matter, on Warner Chappell Music Inc., defendant, by delivering true copies of said pleadings and court documents to Ann Marie Cruz, Manager of the Messenger Center, who indicated that she was an officer expressly authorized to accept process on behalf of Warner Chappell Music Inc., defendant, and on behalf of CT Corporation System, said defendant's registered agent.

**Juan de los Santos**
New York Process Server # 2067123
54 Bristol Street, Ste. 7F
Brooklyn, NY 11212