## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 20-3535

Date Filed: _____

Plaintiff:
**ERNIE HINES D/B/A COLORFUL MUSIC,**

vs.


JGS2020185705

Defendant:
**EMI APRIL MUSIC INC., et al.**

For:
Christopher Brown, Esq.
Brown & Rosen LLC
100 State Street
Suite 900
Boston, MA 02109

Received by COURTESY FLORIDA PROCESS SERVERS on the 12th day of May, 2020 at 5:00 pm to be served on **Timothy Mosley p/k/a Timbaland c/o L.L. Business Management Inc.,, 5400 Hammock Drive, Coral Gables, FL 33156**.

I, Louis Pardo, do hereby affirm that on the **9th day of June, 2020 at 2:47 pm, I:**

**AFFIXED** a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** to the door at the address of: **5400 Hammock Drive, Coral Gables, FL 33156**, the same being the defendant/respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** in a postpaid envelope to the address of: **5400 Hammock Drive, Coral Gables, FL 33156** bearing the words "Personal & Confidential" by First Class Mail on **6/9/2020** and placed in an official depository of the U.S.P.S. in the State of New York.

### Additional Information pertaining to this Service:
5/20/2020 11:19 am Attempted Service. I spoke to some lady on the Call Box told her " that I need to deliver some documents Timothy'. I heard a man voice in the back around telling the lady to ask who am I" ? I take out my court Id show it to the lady. After the lady knew I was a process server she responded " that she and Timothy are not home". I asked "when will they be home" ? The lady responded by saying " they not going to be home for a awhile". That was the end of the call.
5/28/2020 6:15 pm Attempted Service. The gate is closed. I press the button on the call box ,but didn't get an answer.
6/9/2020 2:47 pm Attempted Service. I pressed the button on the Call box , but didn't get a responses. I went ahead and tape the documents to the gate.

## RETURN OF SERVICE For 20-3535

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_Louis Pardo_
Louis Pardo
CPS #2511

**COURTESY FLORIDA PROCESS SERVERS**
**Payment Center**
**P.O. Box 40-3621**
**Miami Beach, FL 33140**
**(888) 319-3160**

Our Job Serial Number: JGS-2020185705

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c