AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ERNIE HINES D/B/A COLORFUL MUSIC <br><br> *Plaintiff(s)* <br> v. <br> EMI APRIL MUSIC INC., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Shawn Carter p/k/a Jay-Z
195 Hudson Street
New York, NY 10013

540 West 26th Street
New York, NY 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher Brown
Brown & Rosen LLC
100 State Street, 9th Floor
Boston, MA 02109
617-728-9111
cbrown@brownrosen.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  05/08/2020

/s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-03535-GBD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Shawn Carter p/k/a Jay-Z.

was received by me on *(date)* 05/11/2020

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Abner Guadalupe, Defendant's Concierge, a person of suitable age and discretion who resides there,
on *(date)* 05/20/2020, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 90.00 for services, for a total of $ 90.00

I declare under penalty of perjury that this information is true.

Date: 05/21/2020

*Server's signature*

Juan de los Santos, New York Process Server No. 2067123
*Printed name and title*

54 Bristol Street, Suite 7F
Brooklyn, New York 11212
*Server's address*

Additional information regarding attempted service, etc:
On May 20, 2020 at 06:34 a.m., at 195 Hudson Street, New York, New York 10013, I served the summons in a civil action, civil cover sheet, complaint, exhibit A, exhibit B, exhibit C, exhibit D, rule 7.1 statement, report on the filing or determination of an action or appeal regarding a copyright, in this matter, on Shawn Carter p/k/a Jay-Z, defendant, by delivering true copies of each to Abner Guadalupe, Concierge, an officer expressly authorized to accept process on behalf of said Defendant. I also mailed true copies of said pleadings and court documents to said Defendant, at said address by first class mail and by certified mail (Receipt No. 7019 2970 0001 8433 9881) in envelopes marked "personal and confidential" under the exclusive care and custody of the US Postal Service in the State of New York.

**Juan de los Santos**
New York Process Server # 2067123
54 Bristol Street, Ste. 7F
Brooklyn, NY 11212

