UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNIE HINES D/B/A COLORFUL MUSIC ) | |
| Plaintiff ) | Action No. |
| v. ) | 20-3535 (JPO) |
| BMG RIGHTS MANAGEMENT (US) LLC, ) | CONSENTED TO |
| WARNER CHAPPELL MUSIC INC., ) | MOTION TO |
| SHAWN CARTER p/k/a JAY-Z and ) | WITHDRAW |
| TIMOTHY MOSLEY p/k/a TIMBALAND ) | AS COUNSEL |
| Defendants ) | |

The law firm of Brown & Rosen LLC hereby withdraws as counsel to Plaintiff Ernie Hines d/b/a Colorful Music ("Hines") in this matter. There has been a breakdown in the relationship between counsel and Hines' advisory team. Hines hereby consents to the withdrawal of counsel. Brown & Rosen LLC has no lien on this file. Plaintiff requests 60 days to substitute new counsel.

CONSENTED BY CLIENT

*Earnest L Hines*
Ernie Hines
227 Elgin Ave. Apt 2A
Forest Park, IL 60130

                                            ERNIE HINES D/B/A COLORFUL MUSIC
                                            By His Attorneys,

                                            Christopher Brown
                                            CB3465
                                            Brown & Rosen LLC
                                            Attorneys At Law
                                            100 State Street, Suite 900
                                            Boston, MA 02109
                                            617-728-9111 (T)
Dated:  June 26, 2020                     cbrown@brownrosen.com

1