UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNIE HINES D/B/A COLORFUL MUSIC ) | |
| Plaintiff ) | Action No. |
| v. ) | 20-3535 (JPO) |
| BMG RIGHTS MANAGEMENT (US) LLC, ) | CONSENTED TO |
| WARNER CHAPPELL MUSIC INC., ) | MOTION TO |
| SHAWN CARTER p/k/a JAY-Z and ) | WITHDRAW |
| TIMOTHY MOSLEY p/k/a TIMBALAND ) | AS COUNSEL |
| Defendants ) | |

The law firm of Brown & Rosen LLC hereby withdraws as counsel to Plaintiff Ernie Hines d/b/a Colorful Music ("Hines") in this matter. There has been a breakdown in the relationship between counsel and Hines' advisory team. Hines hereby consents to the withdrawal of counsel. Brown & Rosen LLC has no lien on this file. Plaintiff requests 60 days to substitute new counsel.

CONSENTED BY CLIENT

*Earnest L Hines*
Ernie Hines
227 Elgin Ave. Apt 2A
Forest Park, IL 60130

ERNIE HINES D/B/A COLORFUL MUSIC
By His Attorneys,

Christopher Brown
CB3465
Brown & Rosen LLC
Attorneys At Law
100 State Street, Suite 900
Boston, MA 02109
617-728-9111 (T)
cbrown@brownrosen.com

---

Granted. The Clerk of Court is instructed to terminate attorney Christopher Brown from this case and to close Dkt. No. 43. The case is hereby stayed for 60 days. Within 60 days, Plaintiff shall have new counsel file an appearance or indicate by letter whether he wishes to proceed *pro se* (representing himself).
 So ordered: 7/1/20
**Mr. Brown is directed to serve Mr. Hines with a copy of this order.**

_____
J. PAUL OETKEN
United States District Judge

1