RECEIVED
SDNY PRO SE OFFICE

2020 SEP -3  PM 3: 05

August 30, 2020

Ernie Hines
227 Elgin Ave.
Forest Park, IL  60130

OetkenNYSDChambers@nysd.uscourts.gov

Hon. J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Hines v. Roc-a-Fella Records Inc. et al
   **DOCKET NO.** 1:19-cv-4587-JPO

   Hines v. EMI April Music, Inc., et al
   **DOCKET NO.** 20-cv-3535-JPO

Dear Hon. Judge Oetken:

My name is Ernie Hines (d/b/a as Colorful Music). I am the Plaintiff in the two cases listed above. My original attorney Christopher Brown has withdrawn from these cases and I was granted 60 days to locate new counsel in Hines v. EMI April Music, Inc. et al 20-cv-3535-JPO on July 1, 2020 and 60 days to locate counsel in Hines v. Roc-a-Fella Records Inc. et al 1:19-cv-4587-JPO on July 15, 2020. With the help of my personal attorney, I have discussed possible representation with several law firms that practice in New York but have not been successful in obtaining new counsel to date. As I prefer not to represent myself, I am requesting that the court grant 30 additional days to locate new counsel in the matters listed above.

Thank you for your consideration.

Sincerely,

*[signature]*
Ernie Hines

cc: Pro Se Office

CMBBR, Inc. c/o Ernie Hines
227 Elgin Ave. Suite 2A
Forest Park, IL 60130

CAROL STREAM IL 601
31 AUG 2020 PM 9 L

Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Attention: Pro Se Office

10007-131699

RECEIVED
SDNY PRO SE OFFICE
2020 SEP -3 PM 2: 47