# Exhibit A

October 2, 2020

Ernie Hines
227 Elgin Ave.
Forest Park, IL  60130

OetkenNYSDChambers@nysd.uscourts.gov

Hon. J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Hines v. Roc-a-Fella Records Inc. et al
     **DOCKET NO.** 1:19-cv-4587-JPO

     Hines v. EMI April Music, Inc., et al
     **DOCKET NO**. 20-cv-3535-JPO

Dear Hon. Judge Oetken:

My name is Ernie Hines (d/b/a as Colorful Music). I am the Plaintiff in the two cases listed above. On August 30, 2020, I requested additional time to locate new counsel for Hines v. EMI April Music, Inc. et al 20-cv-3535-JPO and Hines v. Roc-a-Fella Records Inc. et al 1:19-cv-4587-JPO. I was granted additional time to locate new counsel which expires today - October 2, 2020. I have been working diligently to find representation and to that end have discussed possible representation with several attorneys that practice in New York. Unfortunately, I have not been successful in engaging new counsel. I am requesting that the court grant 45 additional days to locate new counsel in the matters listed above.

Thank you for your consideration.

Sincerely,

*Ernest L. Hines* (signature)
Ernie Hines

cc: Pro Se Office