UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNIE HINES D/B/A COLORFUL MUSIC,<br><br>    Plaintiff,<br> v.<br><br>EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC INC., WARNER CHAPPELL MUSIC INC., SHAWN CARTER p/k/a JAY-Z, and TIMOTHY MOSLEY p/k/a TIMBALAND<br><br>    Defendants. | CASE NO. 1:20-CV-03535-JPO |

**DECLARATION OF SERVICE ON ERNIE HINES**

I, Leo M. Lichtman, hereby affirm and state as follows:

Pursuant to Rule 5 of the Federal Rules of Civil Procedure and this Court's Individual Practices in Civil *Pro Se* Cases, on October 5, 2020, I caused the letter opposition to Plaintiff Ernie Hines' Request for an Extension of Stay, and exhibits thereto (ECF No. 47) to be served on Mr. Hines by causing copies of the letter and exhibits to be mailed to Mr. Hines' last known addresses: 227 Elgin Avenue, Apt. 2A, Forest Park, IL 60130 and P.O. Box 7, Forest Park, IL 60130, and by providing copies of same via electronic mail to Mr. Hines.

I declare under penalty of perjury that the foregoing is true and correct.

                                                /s/ Leo M. Lichtman

                                                Executed on October 5, 2020
                                                New York, NY

12547775.1