October 26, 2020

Ernie Hines
227 Elgin Ave.
Forest Park, IL 60130

OetkenNYSDChambers@nysd.uscourts.gov

Hon. J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Hines v. Roc-a-Fella Records Inc. et al
**DOCKET NO.** 1:19-cv-4587-JPO

Hines v. EMI April Music, Inc., et al
**DOCKET NO.** 20-cv-3535-JPO

Dear Hon. Judge Oetken:

My name is Ernie Hines (d/b/a as Colorful Music). I am the Plaintiff in the two cases listed above.

I am writing to you to follow-up on my letter of October 2, 2020. At this time I am still actively searching to obtain new litigation counsel to represent me in the above referenced cases.

Please take note that I have now engaged an attorney to explore the possibility of settlement. My former litigation counsel in the above referenced cases discussed settlement with opposing counsel while he was still representing me. During these discussions, settlement proposals with mutual releases were made by opposing counsel. I have asked my new attorney to reach out to opposing counsel to further explore settlement and we are waiting to hear back.

I appreciate any assistance you can provide that would enable me to commence settlement discussions through the assistance of the Court.

Sincerely,

*Ernie Hines*
Ernie Hines

cc: Pro Se Office