UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNIE HINES D/B/A COLORFUL MUSIC,<br><br>　　Plaintiff,<br><br>　v.<br><br>ROC-A-FELLA RECORDS INC, DEF JAM RECORDINGS INC., UNIVERSAL MUSIC GROUP, SONY MUSIC HOLDINGS INC., SHAWN CARTER p/k/a JAY-Z and TIMOTHY MOSLEY p/k/a TIMBALAND,<br><br>　　Defendants. | CASE NO. 19-CV-04587-JPO |
| ERNIE HINES D/B/A COLORFUL MUSIC,<br><br>Plaintiff,<br><br>v.<br><br>EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC INC., WARNER CHAPPELL MUSIC INC., SHAWN CARTER p/k/a JAY-Z, and TIMOTHY MOSLEY p/k/a TIMBALAND<br><br>Defendants. | CASE NO. 1:20-CV-03535-JPO |

**DECLARATION OF SERVICE ON ERNIE HINES**

　　I, Leo M. Lichtman, hereby affirm and state as follows:

　　Pursuant to Rule 5 of the Federal Rules of Civil Procedure and this Court's Individual

12672437.1

Practices in Civil *Pro Se* Cases, on November 17, 2020 I caused Defendants' letter request to lift the stay dated November 17, 2020 (ECF Nos. 127; 52) to be served on Mr. Hines by causing a copy of the letter to be mailed to Mr. Hines' last known addresses: 227 Elgin Avenue, Apt. 2A, Forest Park, IL 60130 and P.O. Box 7, Forest Park, IL 60130, and by providing a copy of same via electronic mail to Mr. Hines.

    I declare under penalty of perjury that the foregoing is true and correct.

/s/ Leo M. Lichtman

Executed on November 18, 2020
New York, NY

2

12672437.1