UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

ERNIE HINES D/B/A COLORFUL MUSIC

                Plaintiff,

-against-  
BMG RIGHTS MANAGEMENT (US) LLC;  
WARNER CHAPPELL MUSIC, INC.;  
SHAWN CARTER p/k/a JAY-Z; and  
TIMOTHY MOSLEY p/k/a TIMBALAND  
                Defendant.

   20 Civ. 3535 ( JPO )

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, <u>Andrew Williams, Esq.</u> hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for <u>plaintiff, ERNIE HINES d/b/a COLORFUL MUSIC</u> in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of <u>Florida and California</u> and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 25, 2020

Respectfully Submitted,

*/s/ Andrew Williams, Esq.*

Applicant Signature: _____

Applicant's Name: Andrew Williams, Esq.

Firm Name: The Williams Law Group

Address: 6273 Sunset Drive, Suite D-3

City/State/Zip: South Miami, FL 33143

Telephone/Fax: 253-970-1683

Email: Andrew@TheWilliamsLG.com