# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNIE HINES D/B/A COLORFUL MUSIC, | 20-CV-3535 (JPO) |
| Plaintiff, | AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE |
| v. | |
| BMG RIGHTS MANAGEMENT (US) LLC; WARNER CHAPPELL MUSIC, INC.; SHAWN CARTER p/k/a JAY-Z; and TIMOTHY MOSLEY p/k/a TIMBALAND | |

_____/

**BEFORE ME**, the undersigned authority personally appeared ANDREW WILLIAMS,

ESQ. ("Affiant"), who being by me first sworn, deposes and states that:

1. Affiant is moving this Honorable Court for an Order for Admission to Appear Pro Hac Vice in the above-captioned action, cause number: 20-CV-3535 (JPO).

2. That Affiant is member of good-standing in the following bar organizations: The Florida Bar, The State Bar of California, the United States District Court for the Southern District of Florida, and the United States District Court for the Central District of California.

3. That Affiant has never been convicted of a felony.

4. That Affiant has never been censured, suspended, disbarred or denied admission or readmission by any court.

5. That there are not any pending disciplinary proceedings presently against Affiant.

6. Affiant is over the age of eighteen (18) years old and he is capable of executing this affidavit and Affiant has executed this affidavit knowingly, freely and voluntarily for the purpose expressed herein.

s/_____

Andrew Williams, Esq.

STATE OF _Washington_

COUNTY OF _Pierce_

     Before me the undersigned notary, this _25th_ day of November, 2020 appeared _Andrew Williams_, who __ is personally known to me or __ who has produced _Drivers License_ as identification and who executed the foregoing and was first sworn and attests, that the foregoing Affidavit is true and correct to the best of his knowledge, and it is being filed in good-faith.

     WITNESS my hand and official seal in the County and State last aforesaid this _25th_ day of November, 2020.

_Stacy T Rodg_

NOTARY PUBLIC

_Stacey T Rodgers_

Print:

STACEY T RODGERS
Notary Public
State of Washington
Commission # 186546
My Comm. Expires May 4, 2024

My Commission Expires:
_4 May 2024_