AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Andrew Stephen Priestl Williams**, Florida Bar # **111817**, was duly admitted to practice in this Court on **September 01, 2015**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on October 28, 2020.

*Angela E. Noble*
Court Administrator • Clerk of Court