# United States District Court

## Central District of California

### CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

__Andrew Williams__, Bar No. __310526__

was duly admitted to practice in this Court on __February 1, 2017__
DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __October 27, 2020__
Date

KIRY K. GRAY
Clerk of Court

by __[signature]__
Lupe Thrasher, Deputy Clerk

G-52 (10/15)  CERTIFICATE OF GOOD STANDING - BAR MEMBER