UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNIE HINES D/B/A COLORFUL MUSIC

Plaintiff,

-against-

BMG RIGHTS MANAGEMENT (US) LLC;
WARNER CHAPPELL MUSIC, INC.;
SHAWN CARTER p/k/a JAY-Z; and
TIMOTHY MOSLEY p/k/a TIMBALAND

Defendant.

20 cv 3535 ( JPO )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of **Andrew Williams, Esq.**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **Florida and California**; and that his/her contact information is as follows (please print):

Applicant's Name: **Andrew Williams, Esq.**

Firm Name: **The Williams Law Group**

Address: **6273 Sunset Drive, Suite D-3**

City / State / Zip: **South Miami, FL 33143**

Telephone / Fax: **Tel: 253-970-1683; Fax: 305-402-3228**

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **plaintiff, ERNIE HINES d/b/a COLORFUL MUSIC** in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge