UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNIE HIMES,

Plaintiff,

-v-

EMI APRIL MUSIC, INC., et al.,

Defendants.

20-CV-3535 (JPO)

ORDER OF REFERENCE
TO MAGISTRATE JUDGE

J. PAUL OETKEN, District Judge:

The above entitled action is referred to the Honorable Barbara C. Moses, United States

Magistrate Judge, for the following purpose(s):

_____ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

_____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

_____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

_____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute)
_____

_____ HABEAS CORPUS

_____ INQUEST AFTER DEFAULT / DAMAGES HEARING

_____ SOCIAL SECURITY

__X__ SETTLEMENT

_____ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

_____ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF
_____

The parties are directed to confer with each other and with the magistrate judge to

determine the most fruitful time to hold the settlement conference.

SO ORDERED.

Dated: July 29, 2021
New York, New York

_____
J. PAUL OETKEN
United States District Judge