UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNIE HINES D/B/A COLORFUL MUSIC,<br><br>        Plaintiff,<br>v.<br><br>BMG RIGHTS MANAGEMENT (US) LLC, W CHAPPELL MUSIC CORP., SHAWN CARTER p/k/a JAY-Z, TIMOTHY MOSLEY p/k/a TIMBALAND, and ELGIN BAYLOR LUMPKIN p/k/a GINUWINE,<br><br>        Defendants. | CASE NO.   1:20-CV-03535-JPO |

### DECLARATION OF DR. LAWRENCE FERRARA

DR. LAWRENCE FERRARA, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I have been retained as an expert witness in this action. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of my Expert Report in this action (the "Expert Report"), excluding Audio Exhibit 1, which has not been attached to avoid burdening the Court. Audio Exhibit 1 consists solely of publicly available sound recordings of the musical compositions of the three works at issue in this action; namely, "Help Me (Put Out The Flame In My Heart)," "Paper Chase," and "Toe 2 Toe."

3. My Expert Report is incorporated herein as though set forth in full.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:   November 4, 2022
                  Short Hills, New Jersey

_____
Dr. Lawrence Ferrara