# **<u>EXHIBIT A</u>**

FORM E

page 1

# Application for Registration of a Claim to Copyright

a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

CLASS: E
REGISTRATION NO.: Eu 154302
DO NOT WRITE HERE
EP / EU

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.
Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with:
(a) If unpublished, one complete copy of the work and the registration fee of $6.
(b) If published, two copies of the best edition of the work and the registration fee of $6.
Make your remittance payable to the Register of Copyrights.

**Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name: East/Memphis Music Corp.
Address: 1619 Broadway, New York, N.Y. 10019

Name: Colorful Music
Address: 1142 East 81st Street, Chicago, Ill. 60619

Title: HELP ME PUT OUT THE FLAME (IN MY HEART)
(Give the title of the musical composition as it appears on the copies)

**Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name: Ernie Hines
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. X   Other ___
Domiciled in U.S.A. Yes X  No ___   Address: Chicago, Ill.
one of the authors of words and music
(State which: words, music, arrangement, etc.)

Name: Luvall Wesby
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. X   Other ___
Domiciled in U.S.A. Yes X  No ___   Address: Chicago, Ill.
one of the authors of words and music
(State which: words, music, arrangement, etc.)

Name: ___
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ___   Other ___
Domiciled in U.S.A. Yes ___ No ___   Address: ___
Author of ___
(State which: words, music, arrangement, etc.)

▶ NOTE: Leave all spaces of line 4 blank unless your work has been PUBLISHED. ◀

(a) **Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. (NOTE: The full date (month, day, and year) must be given.)

_____ _____ _____
(Month)          (Day)           (Year)

(b) **Place of Publication:** Give the name of the country in which this particular version of the work was first published.

▶ NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work. ◀

**Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ___ No X   Date of registration ___   Registration number ___
Was work previously published? Yes ___ No X   Date of publication ___   Registration number ___
Is there any substantial NEW MATTER in this version? Yes ___ No ___   If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

EXAMINER: 97

page 2

Complete all applicable spaces on next page

**6.** If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

Famous Music Corporation

**7.** Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name  Famous Music Corporation     Address  1501 Broadway, New York, N.Y.

**8. Send certificate to:**

(Type or print name and address)

Name: Famous Music Corporation
Address: 1501 Broadway
(Number and street)
New York, New York       10036
(City)            (State)      (ZIP code)

**9. Certification:**
(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

_____
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A    Form A—Published book manufactured in the United States of America.
Class A or B    Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
    Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.
Class B    Form B—Periodical manufactured in the United States of America.
    Form BB—Contribution to a periodical manufactured in the United States of America.
Class C    Form C—Lecture or similar production prepared for oral delivery.
Class D    Form D—Dramatic or dramatico-musical composition.
Class E    Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
    Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.
Class F    Form F—Map.
Class G    Form G—Work of art or a model or design for a work of art.
Class H    Form H—Reproduction of a work of art.
Class I    Form I—Drawing or plastic work of a scientific or technical character.
Class J    Form J—Photograph.
Class K    Form K—Print or pictorial illustration.
    Form KK—Print or label used for an article of merchandise.
Class L or M    Form L–M—Motion picture.
    Form R—Renewal copyright.
    Form U—Notice of use of copyrighted music on mechanical instruments.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received
DEC 23 1969

One copy received
DEC 23 1969

Two copies received

Fee received

Renewal  R8 754-150

U.S. GOVERNMENT PRINTING OFFICE: 1968—O–320-471

Page 2