# **EXHIBIT B**



DEC 23 1969

IV. Whenever you need me I go out of my mind.
It's like being in a tin drum, Baby,
You know you got me going out of my head.
Sometimes I feel I'm insane.

Chorus