UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNIE HINES D/B/A COLORFUL MUSIC, | CASE NO. 1:20-CV-03535-JPO |
| Plaintiff, | **ORAL ARGUMENT REQUESTED** |
| v. | |
| BMG RIGHTS MANAGEMENT (US) LLC, W CHAPPELL MUSIC CORP., SHAWN CARTER p/k/a JAY-Z, TIMOTHY MOSLEY p/k/a TIMBALAND, and ELGIN BAYLOR LUMPKIN p/k/a GINUWINE, | |
| Defendants. | |

**DEFENDANTS' REPLY TO PLAINTIFF'S STATEMENT OF ADDITIONAL FACTS**

Defendants W Chappell Music Corp. d/b/a WC Music Corp. f/k/a WB Music Corp. ("Warner"), Shawn Carter p/k/a Jay-Z ("Carter"), and Timothy Mosley p/k/a Timbaland ("Mosley") ("Defendants") respectfully submit this reply to Ernie Hines's d/b/a Colorful Music ("Plaintiff") statement of additional facts (Dkt. 207).

### Plaintiff's Statement of Additional Facts and Defendants' Replies Thereto[1]

73. Mosely, Carter and Warner all claim a copyright interest in "Paper Chase."

   **DEFENDANTS' REPLY**: Not disputed solely with respect to the copyright in the *musical composition* of "Paper Chase" (and not the *sound recording* of "Paper Chase," which is irrelevant to this action), and solely for the purpose of summary judgment.

74. Mosley and Lumpkin have a copyright interest in "Toe 2 Toe."

   **DEFENDANTS' REPLY**: Not disputed solely with respect to the copyright in the *musical composition* of "Toe 2 Toe" (and not the *sound recording* of "Toe 2 Toe," which is irrelevant to this action), and solely for the purpose of summary judgment.

75. The Introduction was used in, and throughout both "Paper Chase" and "Toe 2 Toe." *See* Dr. Bennett Decl., *passim*, including exhibits.

   **DEFENDANTS' REPLY**: Plaintiff's use of the word "throughout" is vague and ambiguous. However, solely for the purpose of summary judgment, Defendants admit that, as reflected in Dr. Ferrara's undisputed transcriptions, some of the musical notes in the introductory guitar part in

---

[1] Unless otherwise noted, defined terms have the same meaning as in Defendants' initial memorandum of law in support of their motion for summary judgment (Dkt. 187).

"Help Me" are contained in "Paper Chase" and "Toe 2 Toe," albeit not in the same order and with certain differences.

76. Plaintiff never gave the Defendants, and the Defendants never asked for Plaintiff's permission to use the Introduction. *See* Hines Decl. ¶¶ 29-31.

> **DEFENDANTS' REPLY**: Undisputed solely for the purpose of summary judgment, but it is irrelevant to the adjudication of this motion, because permission is not required to copy music that is not copyrightable (such as the Introduction). *See*, *e.g.*, Ferrara Report, ¶¶ 7, 8 ("the [Introduction] is based on the exceedingly well-known 'Mysterioso Pizzicato' ['MP'] melody which is in the public domain . . . The similarities between [the Introduction] and ['Paper Chase'] and [the Introduction] and ['Toe 2 Toe'] . . . are the same similarities that are found in the public domain material discussed above, based on ['MP'] and predate [the Introduction].")

77. Dr. Bennett is a musicologist and professor at Berklee College of Music.

> **DEFENDANTS' REPLY**: Undisputed solely for the purpose of summary judgment.

| | |
|---|---|
| DATED: New York, New York<br>February 28, 2023 | MITCHELL SILBERBERG & KNUPP LLP<br><br>By: /s/ *Christine Lepera*<br>   Christine Lepera<br>   Jeffrey M. Movit<br>   437 Madison Ave., 25th Floor<br>   New York, New York 10022<br>   Telephone: (212) 509-3900<br>   Facsimile: (212) 509-7239<br>   Email: ctl@msk.com<br>   Email: jmm@msk.com<br><br>   *Attorneys for Defendants W Chappell Music Corp., Shawn Carter, and Timothy Mosley* |