**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ERNIE HINES,

                Plaintiff,                20 **CIVIL** 3535 (JPO)

      -against-                        <u>**JUDGMENT**</u>

BMG RIGHTS MANAGEMENT (US) LLC, et al.,

                Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 25, 2023, Hines's motion to reconsider this Court's denial of his motion to extend discovery is DENIED and the Warner Defendants' and Ginuwine's motions for summary judgment are GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           September 25, 2023

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                         **Clerk of Court**

                               **BY:**
                                                       **Deputy Clerk**